**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

In re:  SIGIFREDO J. SAEZ       §    Case No. 15-81564
       PATRICIA A. SAEZ           §
                                  §
       Debtor(s)                  §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/12/2015.

2) The plan was confirmed on 04/29/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/03/2016, 01/20/2017.

5) The case was dismissed on 01/20/2017.

6) Number of months from filing or conversion to last payment: 14.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $51,384.06.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 4,740.50 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 4,715.50 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 337.72 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 337.72 |
| Attorney fees paid and disclosed by debtor(s): | $ 498.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW FIRM OF MCKENNA STORER | Lgl | 1,998.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CAC LLC | Sec | 4,227.00 | 9,929.29 | 4,227.00 | 2,371.69 | 201.11 |
| NATIONWIDE CAC LLC | Uns | 4,975.00 | 0.00 | 5,702.29 | 0.00 | 0.00 |
| TURNER ACCEPTANCE CORP | Sec | 1,483.00 | 1,041.72 | 1,041.72 | 1,041.72 | 39.50 |
| TURNER ACCEPTANCE CORP | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KIMBERLY SAEZ | Pri | 9,000.00 | 10,851.39 | 10,851.39 | 556.60 | 0.00 |
| COOK COUNTY DEPT. OF REVENUE | Pri | 117.23 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 691.90 | 938.53 | 938.53 | 48.14 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 91.50 | 91.50 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 818.66 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 925.90 | 2,320.40 | 2,320.40 | 119.02 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 2,995.74 | 2,995.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 130.26 | NA | NA | 0.00 | 0.00 |
| PARAGON REVENUE GR | Uns | 2,612.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD S. HARRIS | Uns | 213.90 | NA | NA | 0.00 | 0.00 |
| ARS NATIONAL SERVICES, INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BARRINGTON ORTHOPEDIC | Uns | 785.26 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Uns | 1,025.11 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 2,133.56 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Uns | 5,127.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 512.00 | NA | NA | 0.00 | 0.00 |
| CROSSCHECK INC | Uns | 1,263.52 | 1,163.43 | 1,163.43 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 955.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 464.00 | 464.33 | 464.33 | 0.00 | 0.00 |
| GE CAPITAL/PAYPAL | Uns | 3,042.85 | NA | NA | 0.00 | 0.00 |
| HIMLEY CHIROPRACTIC | Uns | 765.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Uns | 502.88 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPONE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 423.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 2,980.00 | 2,980.00 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE | Uns | 840.00 | NA | NA | 0.00 | 0.00 |
| REVSOLVE INC | Uns | 1,512.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| TERRY FONG LAW GROUP | Uns | 6,205.03 | NA | NA | 0.00 | 0.00 |
| TSI/980 | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Uns | 2,419.00 | 2,419.91 | 2,419.91 | 0.00 | 0.00 |
| VALLEY COLLECTION SERV | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN NEURO ASSOC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Uns | 0.00 | 356.28 | 356.28 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Uns | 0.00 | 655.97 | 655.97 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 139.76 | 139.76 | 0.00 | 0.00 |
| PAYPAL INC | Uns | 0.00 | 482.88 | 482.88 | 0.00 | 0.00 |
| BRUNING & ASSOCIATES PC | Uns | 0.00 | 2,343.23 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 464.00 | NA | NA | 0.00 | 0.00 |
| UNITED AIR ECU | Uns | 2,419.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 481.20 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 599.16 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 240.60 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | Uns | 70.43 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 770.20 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 382.37 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 2,133.56 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 240.60 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 669.59 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| HIMLEY CHIROPRATIC | Uns | 765.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 78.95 | NA | NA | 0.00 | 0.00 |
| BRUNING & ASSOCIATES PC | Uns | 0.00 | 2,343.23 | 2,343.23 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,268.72 | $ 3,413.41 | $ 240.61 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 5,268.72 | $ 3,413.41 | $ 240.61 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 14,110.32 | $ 723.76 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 14,110.32 | $ 723.76 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 19,795.32 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 337.72 |
| Disbursements to Creditors | $ 4,377.78 |
| **TOTAL DISBURSEMENTS:** | $ 4,715.50 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  03/20/2017          By:  /s/ Lydia S. Meyer
                                       Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.